IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONORA GLUNT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIFE INSURANCE COMPANY | : | |
| OF NORTH AMERICA, | : | No. 11-3105 |
| Defendant. | : | |

## ORDER

AND NOW, this **24th** day of **January, 2012**, upon consideration of Plaintiff's and Defendant's cross-motions for summary judgment, the responses thereto, oral argument on January 12, 2012, and letter briefs following the oral argument, and for the reasons stated in the Court's Memorandum dated January 24, 2012, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Document No. 18) is **GRANTED**.

2. Defendant's Motion for Summary Judgment (Document No. 22) is **DENIED**.

3. The parties shall notify the Court in writing of the total amount of STD benefits and prejudgment interest to be entered in favor of Plaintiff on or before Tuesday, February 7, 2012.

BY THE COURT:

_____
**Berle M. Schiller, J.**