**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEONORA GLUNT,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **LIFE INSURANCE COMPANY** | : | |
| **OF NORTH AMERICA,** | : | No. 11-3105 |
| Defendant. | : | |

## ORDER

AND NOW, this **15th** day of **March, 2012**, upon consideration of Plaintiff's motion for Attorneys' Fees and Costs, Defendant's response thereto, and for the reasons stated in the Court's Memorandum dated March 15, 2012, it is hereby **ORDERED** that:

1. Judgment is entered in favor of Plaintiff for $11,725.08 in benefits and prejudgment interest.

2. Plaintiff's Motion for Attorneys' Fees and Costs (Document No. 34) is **GRANTED**. Plaintiff is awarded $26,650.00 in fees and $378.92 in costs.

3. The Clerk of the Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**